# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN CANTON, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:25-cv-00700 |
| v. | |
| MERCY LIFE CENTER CORPORATION d/b/a PITTSBURGH MERCY FAMILY HEALTH CENTER, | **PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT** |
| *Defendant*. | |

Filed on behalf of Plaintiff,
Erin Canton

Counsel of Record for this Party:

Kyle H. Steenland, Esq.
Pa. ID No. 327786

Erik M. Yurkovich, Esq.
Pa. ID No. 83432

**THE WORKERS' RIGHTS LAW GROUP, LLP**
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220

Telephone: 412.910.8057
Fax: 412.910.7510
kyle@workersrightslawgroup.com
erik@workersrightslawgroup.com

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT

Plaintiff, Erin Canton ("Plaintiff"), by and through her undersigned counsel, now files this Motion to Strike the Partial Motion to Dismiss the Complaint filed by Defendant, Mercy Life Center Corporation d/b/a Pittsburgh Mercy Family Health Center ("Defendant"), based upon the following.

1. Plaintiff initiated this case by filing a Complaint in the Allegheny County Court of Common Pleas on or about April 11, 2025, Case No. GD-25-003996, and Defendant removed this action on May 22, 2025 [ECF No. 1].

2. Plaintiff alleges that Defendant, her former employer, violated the Americans with Disabilities Act of 1990 and the Americans with Disabilities Act Amendments of 2008, 42 U.S.C. § 12101, et seq. (the "ADA") and the Pennsylvania Human Relations Act 43 P.S. § 951, et seq. ("PHRA")

3. Without conferring with Plaintiff's counsel, Defendant filed a Partial Motion to Dismiss the Complaint for allegedly failing to state a claim and brief on May 29, 2025 [ECF Nos. 4, 5].

4. In its Motion to Dismiss, Defendant argues for the dismissal of Count III – Retaliation in Violation of the ADA and PHRA.

5. Defendant also filed an Answer on May 29, 2025. [ECF No. 6]

6. This Honorable Court issued an Order imposing a duty on movants to meet and confer with opposing counsel prior to filing a motion to dismiss (the "Order"). The Order also requires the movant to attach a certificate that movant satisfied this duty. The Order states that Motions that do not contain the certificate will be summarily denied. [ECF. No. 9]

7.   Defendant did not meet and confer with Plaintiff prior to filing their motion and did not attach the required certificate.

WHEREFORE, Plaintiff, Erin Canton, respectfully requests that this Honorable Court strike Defendant's Motion for Partial Dismissal of the Complaint and grant further relief as the Court deems just and appropriate.

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

Date:  June 12, 2025          By:   */s/ Erik Yurkovich*
Erik M. Yurkovich (Pa. ID No. 83432)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.8057
Facsimile: 412.910.7510
erik@workersrightslawgroup.com

*Counsel for Plaintiff, Erin Canton*

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2025, a true and correct copy of the foregoing Motion to Strike was served via the Court's Electronic Case Filing System on the party below.

Robert W. Cameron
bcameron@littler.com

David Zwier
dzwier@littler.comn

*Counsel for Defendant, Mercy Life Center*

*/s/ Erik Yurkovich*
Erik M. Yurkovich, Esq.
