IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN CANTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCY LIFE CENTER<br>CORPORATION d/b/a PITTSBURGH<br>MERCY FAMILY HEALTH CENTER,<br><br>　　　　Defendant. | Civil Action No. 2:25-cv-00700-NBF<br><br>Judge Nora Barry Fischer |

**JOINT STATUS REPORT**

Plaintiff Erin Canton and Defendant Mercy Life Center Corporation (collectively the "Parties"), by and through their respective counsel, hereby jointly provide the Court a status report with respect to the status of this matter as required by the Court's July 14, 2025 Case Management Order (Dkt. 22) as follows:

1.　The Parties have in principle reached a settlement agreement and anticipate resolving outstanding details in the coming days.

2.　The Parties anticipate moving to dismiss the case with prejudice in the coming weeks.

Dated: October 9, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick W. Carothers* | */s/ David Zwier* |
| Patrick W. Carothers, Bar No. 85721 | Robert W. Cameron, Bar No. 69059 |
| patrick@workersrightslawgroup.com | bcameron@littler.com |
| | David Zwier, Bar No. 328907 |
| The Workers' Rights Law Group, LLP | dzwier@littler.com |
| Foster Plaza 10 | |
| 680 Andersen Drive, Suite 230 | LITTLER MENDELSON, P.C. |
| Pittsburgh, PA 15220 | One PPG Place, Suite 2400 |
| Telephone: 412.910.7500 | Pittsburgh, Pennsylvania 15222 |
| Facsimile: 412.991.7510 | Telephone: 412.201.7635 / 7609 |
| | Facsimile: 412.774.1948 |
| *Counsel for Plaintiff, Erin Canton* | |
| | *Attorneys for Defendant Mercy Life Center* |